HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
EDGAR BARRERA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00275-NONE-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| EDGAR BARRERA, | Date: April 20, 2020 |
| Defendant. | Time: 1:00 p.m.<br>Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, JOSEPH BARTON, Assistant United States Attorney, counsel for plaintiff, and PEGGY SASSO, Assistant Federal Defender, counsel for defendant Edgar Barrera, that the status conference scheduled for March 30, 2020 may be continued to April 20, 2020, at 1:00 p.m.

The reason for the request is that defense counsel was assigned to the matter on February 11, 2020, by which time the status conference on March 30, 2020 had already been set. Defense counsel has a previously scheduled trip and will be out of town on March 30, 2020. Additionally, Mr. Barrera is currently housed on the fifth floor of the Fresno County Jail, in which several pods are currently quarantined due to the mumps virus. The spread of the virus and resulting quarantine has necessarily resulted in delays in attorney-client meetings.

The parties agree that the time resulting from the continuance shall be excluded until April 20, 2020, in the interests of justice, including but not limited to, the need for the period of

time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The parties further agree that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: February 13, 2020     By:    /s/ *Joseph Barton*
Joseph Barton
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: February 13, 2020     By:    /s/ *Peggy Sasso*
Peggy Sasso
Assistant Federal Defender
Attorney for Defendant
Edgar Barrera

**ORDER**

IT IS SO ORDERED.

Dated: __**February 13, 2020**__        /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE