HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
EDGAR BARRERA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00275-NONE-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| EDGAR BARRERA, | Date: June 1, 2020 |
| Defendant. | Time: 1:00 p.m. |
| | Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, JOSEPH BARTON, Assistant United States Attorney, counsel for plaintiff, and PEGGY SASSO, Assistant Federal Defender, counsel for defendant Edgar Barrera, that the status conference scheduled for April 20, 2020 may be continued to **June 15, 2020, at 1:00 p.m**.

On April 15, 2020, the government provided defense counsel with a plea agreement. On April 16, 2020, defense counsel began a telephonic conversation with Mr. Barrera regarding the offer but the jail phone cut off after twenty minutes. Because more time is needed for plea negotiations and for defense counsel to communicate with her client, the parties respectfully request that Mr. Barrera's first status conference be continued until June 1, 2020.

The parties agree that the time resulting from the continuance shall be excluded until, June 15, 2020, in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation

purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The parties further agree that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: April 16, 2020   By:   /s/ Joseph Barton
Joseph Barton
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: April 16, 2020   By:   /s/ Peggy Sasso
Peggy Sasso
Assistant Federal Defender
Attorney for Defendant
Edgar Barrera

**ORDER**

IT IS SO ORDERED.

Dated:   **April 16, 2020**                           /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE