McGREGOR W. SCOTT
United States Attorney
JOSEPH BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00275-NONE-SKO |
|---|---|
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA; ORDER |
| v. | |
| EDGAR BARRERA, | DATE: June 15, 2020 |
| Defendant. | TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, JOSEPH BARTON, Assistant United States Attorney, counsel for plaintiff United States, and PEGGY SASSO, Assistant Federal Defender, counsel for the defendant Edgar Barrera, that the Status Conference scheduled for June 15, 2020, may be vacated and the case may be set for a Change of Plea on June 18, 2020, at 9:00 a.m.  The United States has produced approximately 150 pages of discovery to defense counsel and has provided defense counsel with a plea agreement.  The parties agree that time under the Speedy Trial Act shall be excluded through June 18, 2020, in the interests of justice, including but not limited to, the need for effective defense preparation, defense investigation, and plea negotiation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  The parties further agree that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  June 9, 2020

McGREGOR W. SCOTT
United States Attorney

*/s/ JOSEPH BARTON*
JOSEPH BARTON
Assistant United States Attorney

Dated:  June 9, 2020

*/s/ PEGGY SASSO*
PEGGY SASSO
Counsel for Defendant

IT IS SO ORDERED.

Dated:  **June 9, 2020**

UNITED STATES DISTRICT JUDGE

MCGREGOR W. SCOTT
United States Attorney
JOSEPH BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>  v.<br><br>EDGAR BARRERA,<br><br>    Defendant. | CASE NO. 1:19-CR-00275-NONE-SKO<br><br>[PROPOSED] ORDER |

### [PROPOSED] ORDER

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for June 15, 2020, is vacated and the case is set for a Change of Plea on June 18, 2020, at 9:00 a.m., before the Hon. District Judge Dale A. Drozd. The period through June 18, 2020, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

---
HONORABLE DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER              3