1 | HEATHER E. WILLIAMS, #122664
Federal Defender
2 | PEGGY SASSO, #228906
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, CA 93721
Telephone: (559) 487-5561
5 | Fax: (559) 487-5950

6 | Attorneys for Defendant
EDGAR BARRERA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00275-NONE-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SENTENCING HEARING; [PROPOSED] ORDER |
| EDGAR BARRERA, | |
| Defendant. | Date: October 23, 2020<br>Time: 8:30 a.m.<br>Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, JOSEPH BARTON, Assistant United States Attorney, counsel for plaintiff, and PEGGY SASSO, Assistant Federal Defender, counsel for defendant Edgar Barrera, that the sentencing hearing scheduled for September 11, 2020 may be continued to October 23, 2020, at 8:30 a.m.

Edgar Barrera tested positive for COVID-19 on June 29, 2020, which resulted in the Fresno County Jail cancelling the scheduled PSR interview. To this date Probation has not been allowed to conduct the interview and no timeline has been provided as to when the interview can happen. Accordingly, Probation has requested that the sentencing hearing be continued and all the deadlines extended. In response, the parties have agreed as follows:

///

**September 11, 2020**: [Draft] PreSentence Investigation Report available to Defense Counsel and AUSA.

**September 25, 2020**: Informal Objections to [Draft] Presentence Investigation Report Due.

**October 2, 2020**: [Final] PreSentence Investigation Report filed by Probation.

**October 9, 2020**: Formal Objections to [Final] PreSentence Investigation Report Due.

**October 16, 2020**: Reply or Statement of Non-Opposition Due.

Respectfully submitted,
McGREGOR W. SCOTT
United States Attorney

DATED: July 22, 2020          By:   /s/ Joseph Barton
                                    Joseph Barton
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

                                    HEATHER E. WILLIAMS
                                    Federal Defender

DATED: July 22, 2020          By:   /s/ Peggy Sasso
                                    Peggy Sasso
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    Edgar Barrera

**ORDER**

IT IS SO ORDERED.

Dated:   **July 22, 2020**                                   _____
                                                             UNITED STATES DISTRICT JUDGE